# EXHIBIT A

**Defendant:** PSP Group LLC
**Creditor ID:** PSPG001
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| PSP Group LLC | 409184 | $58,823.70 | 8/9/2024 | 2024-122 | 6/30/2024 | $58,823.70 |
| | 409236 | $81,355.95 | 8/30/2024 | 2024-141 | 7/31/2024 | $81,355.95 |
| | 409261 | $62,463.39 | 9/13/2024 | 2024-155 | 8/31/2024 | $62,463.39 |
| | EFT000003677 | $58,816.00 | 11/3/2024 | 2024-184 | 10/31/2024 | $58,816.00 |
| **Total Transfers** | **4** | **$261,459.04** | | | | **$261,459.04** |